

FILED

MAY - 7 2024

CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA          )
                                  )
            v.                    )   DOCKET NO. 4:24-MJ- _29_
                                  )   (Misdemeanor)
ASHLEY N. JARAMILLO               )   VA 19
                                  )
                                  )   Court Date: March 13, 2024
                                  )   Time:  8:30 a.m.

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)  Ticket No. E1161461

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 12, 2024, at Fort Eustis, Virginia, on lands acquired for the

use of the United States, within the special maritime and territorial jurisdiction of this court,

in the Eastern District of Virginia, ASHLEY N. JARAMILLO did unlawfully assault James

N. Jaramillo by scratching the said James N. Jaramillo about his neck with her hands. (In

violation of Title 18 United States Code, Section 113(a)(4).

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
TARA T. TRULL
Attorney for the Government
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons 23606
Newport News, Va 23606
Phone:  (757) 225-8382
Email:  tara.trull@us.af.mil

## CERTIFICATE OF SERVICE

I certify that on **6 May**, 2024, I served a true copy of the foregoing CRIMINAL

INFORMATION on the defendant Ashley N. Jaramillo.


TARA T. TRULL
Attorney for the Government
United States Attorney Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 225-8382
Email: tara.trull@us.af.mil